UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DANA LUNN**,

Plaintiff,

Case No.: 18-11345
Hon. Laurie Michelson
Mag. Judge David R. Grand

-vs-

**CITY OF DETROIT, a Municipal Corporation,**
**CITY OF DETROIT POLICE DEPARTMENT,**
**JEREMY FORRESTER, UNKNOWN OFFICERS**
**in their individual and official capacity jointly**
**and severally,**

Defendants.

_____/

**DAVID A. ROBINSON (P38754)**
Attorney for Plaintiff
28145 Greenfield Rd., Ste. 1000
Southfield, MI 48076
(248) 423-7234 / Fax 423-7116
davidrobinsonlaw@gmail.com

**THOMAS E. KUHN (P37924)**
Co-Counsel for Plaintiff
615 Griswold, Suite 515
Detroit, MI 48226
(313) 963-5222
tekuhn@aol.com

**PHILIP J. HILTNER (P77913)**
**KRYSTAL A. CRITTENDON (P49981)**
**City of Detroit Law Department**
Attorneys for Defendants City and Forrester
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-6390
(313)237-3031
hiltnerp@detroitmi.gov
critk@detroitmi.gov

_____/

## STIPULATED ORDER COMPELLING DEFENDANT'S TO RESPOND TO PLAINTIFF'S COMBINED DISCOVERY REQUEST DIRECTED TO ALL DEFENDANTS

At a session of said Court, held in the

U.S. District Court for the Eastern District of Michigan, Detroit, Michigan on

September 18, 2018

PRESENT: HON. Laurie J. Michelson
Hon. Laurie Michelson
DISTRICT COURT JUDGE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties

hereto, through their respective attorneys come before the Court pursuant to the

parties' stipulation, and the Court being otherwise fully advised;

**IT IS HEREBY ORDERED** that the Defendants the City of Detroit and

JEREMY FORRESTER, shall provide all responses to Plaintiff's Third Discovery

Request for Production of Documents within fourteen (14) days of entry of the order.

s/Laurie J. Michelson
Hon. Laurie Michelson
District Court Judge

We stipulate to the entry of the within Order:

/s/David A. Robinson_____            /s/Philip J. Hiltner_____
DAVID A. ROBINSON (P38754)            PHILIP J. HILTNER (P77913)
THOMAS E. KUHN (P37924)               Attorneys for City and Forrester
Attorneys for Plaintiff