UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DANA LUNN**,

    Plaintiff,

                 Case No.: 18-11345
-vs-            Hon. Laurie Michelson
                 Mag. Judge David R. Grand

**CITY OF DETROIT, a Municipal Corporation,**
**CITY OF DETROIT POLICE DEPARTMENT,**
**JEREMY FORRESTER, UNKNOWN OFFICERS**
**in their individual and official capacity jointly**
 **and severally,**

      Defendants.

                       /

| | |
|---|---|
| **DAVID A. ROBINSON (P38754)** | **PHILIP J. HILTNER (P77913)** |
| Attorney for Plaintiff | **KRYSTAL A. CRITTENDON (P49981)** |
| 28145 Greenfield Rd., Ste. 1000 | **City of Detroit Law Department** |
| Southfield, MI 48076 | Attorneys for Defendants City and Forrester |
| (248) 423-7234 / Fax 423-7116 | 2 Woodward Avenue, Suite 500 |
| davidrobinsonlaw@gmail.com | Detroit, MI 48226 |
| | (313) 237-6390 |
| **THOMAS E. KUHN (P37924)** | (313)237-3031 |
| Co-Counsel for Plaintiff | hiltnerp@detroitmi.gov |
| 615 Griswold, Suite 515 | critk@detroitmi.gov |
| Detroit, MI 48226 | |
| (313) 963-5222 | |
| tekuhn@aol.com | |

                       /

## STIPULATED ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Dana Lunn and Defendant City of Detroit, by the parties respective counsel, agreed and stipulate and the court being advised in the premises,

**IT IS HEREBY ORDERED** that the Plaintiff's complaint in the above-entitled cause is voluntarily dismissed without prejudice and without costs to any party.

Pursuant to FRCP 41(a)(1)(ii), this Order resolves the pending claim and

closes the case.

**SO ORDERED**

Date: October 9, 2018                                         s/Laurie J. Michelson
                                                             United States District Judge

**Approved as to form and substance
and notice of presentment waived:**

/s/ David A. Robinson                    /s/ Philip J. Hiltner *(with permission)*
DAVE A. ROBINSON (P38754)                PHILIP J. HILTNER (P77913)
THOMAS E. KUHN (P37924)                  KRYSTAL A. CRITTENDON (P49981)
*Attorney for Plaintiff*                 *Attorney for City of Detroit*